IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID MALLOY, GREGORY W. BARNHILL ) <br> and HOLLY LAMAR ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> THE SONGWRITER COLLECTIVE, LLC, ) <br> E. JEAN MASON, BUDD CARR, and ) <br> FORTRESS CREDIT OPPORTUNITIES I, LP ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: 3:05-0275 <br> JUDGE ECHOLS <br> MAGISTRATE JUDGE GRIFFIN |

**NOTICE OF FILING OF UNREPORTED AND NON-TENNESSEE CASES
IN SUPPORT OF MOTION TO DISMISS OF THE SONGWRITER COLLECTIVE,
LLC, E. JEAN MASON AND BUDD CARR**

Defendants The Songwriter Collective, LLC, E. Jean Mason and Budd Carr hereby give notice of filing of An Appendix of Unreported and Non-Tennessee Cases in support of their Motion to Dismiss.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


/s/ Matthew J. Sweeney
Matthew J. Sweeney
April Y. Berman
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600

Mark D. Passin
Matthew R. Belloni
ALSCHULER, GROSSMAN, STEIN
& KAHAN, LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
(310) 907-2000

*Attorneys for Defendants, The Songwriter Collective, LLC,
E. Jean Mason and Budd Carr*

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties not so indicated on the electronic filing receipt will be served by undersigned counsel by first class mail, postage prepaid. Parties may access this filing through the Court's electronic filing system. Counsel in this case who will be sent notice by the court as indicated by the electronic filing receipt or who will be served by undersigned counsel are:

| | |
|---|---|
| Jay S. Bowen<br>James N. Bowen<br>Milton S. McGee III<br>Bowen, Riley, Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br><br>*Attorneys for Plaintiffs* | James Russell Kelley<br>Thomas H. Dundon<br>Neal & Harwell<br>150 Fourth Avenue, North<br>2000 First Union Tower<br>Nashville, TN 37219-2498<br><br>and<br><br>John G. Hutchinson<br>Sidley, Austin, Brown & Wood, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br><br>*Attorneys for Fortress Credit Opportunities I, LP* |

/s/ Matthew J. Sweeney
Matthew J. Sweeney

**APPENDIX OF UNREPORTED AND NON-TENNESSEE CASES CITED IN SUPPORT OF MOTION TO DISMISS OF THE SONGWRITER COLLECTIVE, LLC, E. JEAN MASON AND BUDD CARR**

| Description | Tab |
|---|---|
| *Conley v. Dan-Webforming Int'l A/S (Ltd.)*, 1992 U.S. Dist. LEXIS 20251 (D. Del. Dec. 29, 1992) | 1 |
| *Gardner v. Anesthesia & Pain Consultants, PC*, 2004 Tenn. App. LEXIS 813 (Tenn. Ct. App. Nov. 30, 2004) | 2 |
| *Gurley v. Hickory Withe Ptnrs., L.P.*, 2003 Tenn. App. LEXIS 674 (Tenn. Ct. App. Sept. 10, 2003) | 3 |
| *James River-Pennington, Inc. v. CRSS Capital, Inc.*, 1995 Del. Ch. LEXIS 22 (Ch. March 6, 1995) | 4 |
| *Lynch v. Vickers Energy Corp.*, 429 A.2d 497 (Del. 1981) | 5 |
| *Winston v. Mandor,* 710 A.2d 831 (Del. Ch. 1996) | 6 |