UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
DAVID MALLOY, GREGORY W.         )
BARNHILL, and HOLLY LAMAR,       )
                                 )
        Plaintiffs,              )
                                 )    No. 3:05-0275
v.                               )    JUDGE ECHOLS
                                 )
THE SONGWRITER COLLECTIVE, LLC,  )
E. JEAN MASON, BUDD CARR, and    )
FORTRESS CREDIT OPPORTUNITIES I  )
LP,                              )
                                 )
        Defendants.              )
```

## ORDER

For the reasons stated herein and in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) The Motion For Oral Hearing On Behalf Of Defendant Fortress Credit Opportunities I, LP (Docket Entry No. 26), is hereby DENIED because the Court finds that oral argument would not assist the Court in ruling on the Motion to Dismiss.

(2) The Motion To Dismiss On Behalf Of Defendants The Songwriter Collective, LLC, E. Jean Mason and Budd Carr (Docket Entry No. 35) is hereby DENIED.

(3) The Motion To Dismiss On Behalf Of Defendant Fortress Credit Opportunities I, LP (Docket Entry No. 22), is hereby GRANTED IN PART AND DENIED IN PART. The Motion is GRANTED because Plaintiffs do not oppose dismissal of Count V against Defendant Fortress for unjust enrichment, and Count V is hereby DISMISSED WITH PREJUDICE. The Motion to Dismiss is hereby DENIED in all other respects.

1

This case is hereby returned to the Magistrate Judge for further proceedings consistent with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE